# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS2 | E1726095 | MP BROTHERS | 4447 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

- **Date and Time of Offense (mm/dd/yyyy):** 03/30/2025
- **Offense Charged:** ☐ CFR ☒ USC ☐ State Code — 18 USC 1382
- **Place of Offense:** WIRE MTN ROAD AND VANDERGRIFT RAMPS CAMP PENDLETON CA 92055
- **Offense Description: Factual Basis for Charge:** UNAUTHORIZED ACCESS ONTO MILITARY INSTALLATION
- HAZMAT: ☐

### DEFENDANT INFORMATION
- **Last Name:** GOURGUE
- **First Name:** FRANZ
- **M.I.:** M.
- **Street Address:** [REDACTED]

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

- $ _____ Forfeiture Amount
- + $30 Processing Fee
- $ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

- **Court Address:** 333 WEST BROADWAY, SAN DIEGO CA 92101
- **Date:** _____
- **Time:** _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

CCN: 01484      *E1726095*   ENCL (1)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **30th MARCH, 2025** while exercising my duties as a law enforcement officer in the **SOUTHERN** District of **CALIFORNIA**

WHILE CONDUCTING MY DUTIES AS A WESTERN PATROL UNIT ON MCB CAMP PENDLETON, I MILITARY POLICEMAN (MP) BROTHERS OBSERVED THE INDIVIDUAL TO BE WALKING ALONG THE A STREET BRIDGE AND TO MATCH THE DESCRIPTION OF A INDIVIDUAL DEBARRED FROM BASE. THE SUSPECT STATED HE WAS EN ROUTE TO WORK. THE INDIVIDUAL HAS PRIORS OF BEING STOPPED BY MILITARY POLICE ABOARD THE INSTALLATION AND IS CONFIRMED TO BE DEBARRED. INDIVIDUAL WAS RELEASED TO OCEANSIDE POLICE DEPARTMENT AND TRANSPORTED OFF THE INSTALLATION.

The foregoing statement is based upon:
- ☒ my personal observation
- ☒ my personal investigation
- ☒ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 03/30/2025   [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.